UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Kenneth Simmons
DCDC #235-497
1901 D Street, S.E.
Washington, DC 20003

CIVIL ACTION NO:

V.

DEFENDANTS
Joseph E Beshouri
419 Seventh Street, NW, Suite 201
Washington, DC 20002

Lexi Negin Christ
419 Seventh Street, NW, Suite 201
Washington, DC 20002

CASE NUMBER 1:06CV00380

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 03/03/2006

COMPLAINT

I, Kenneth C. Simmons pro se bring this lawsuit against the defendants: Joseph Beshouri, individually and in his official capacity: Lexi Negin Christ, individually and in Her official capacity. Under Federal Tort Claim Act, and Under 42 USCA 1983, 1985 For "intentional misconduct" under color of "Federal law, by virtue of conspiring with Federal prosecutors' officials and the federal Judge to deny me my federal and

Constitutional rights. 28 USCS SS 1331 (a) 18 USCS SS SS 241, 242.

This lawsuit is being brought against the Defense lawyers for the following reasons:

I was arrested on May 8, 2000, for conspiracy. On November 17, 2000, the government Came with a superseding indictment charging me with two murders in the November 17, 2000 indictment. Case NO. 00-157 one of the murders within the indictment, the Information in the indictment was never presented to the Grand jury according to the Discovery from the government Brady Material.

I brought this to the attention of both defendants. They refused to listen and removed Themselves from the defense table during trial. Throughout the trial, both lawyers Refused to ask questions concerning the information within the indictment, affidavit, Grand jury testimonies, prior trial testimonies, F.B.I. 302 reports and D.C. police reports. The defendants refused to call witnesses on my behalf that would have changed the Outcome of the trial verdict. I ask Mr. Beshouri to file a motion on "change of theory." He refused to and told me to file "ineffective assistant counsel." This isn't the first time That Mr. Beshouri had told me this. The defendants let the prosecutors change the theory Of the case against me. The information within the indictment charges me for supplying

Drugs around the 2700 block of Langston Place, Southeast and the 1200 block of P Street, Northwest.

During the trial, the government's opening arguments claimed that I sold drugs around 7th & H Street, Northeast. The defendants refused to ask questions from government Witnesses that I sold drugs around 7th & H Streets, Northeast. The defendants refused to

-3-

Let me testify on my behalf. Mr. Beshouri stated to me on many occasions that he would

Not ask me the questions that I wanted him to ask me because he didn't work for me. On

Many occasions during the trial, I gave the defendants information to challenge the

Credibility and validity of the government witnesses and agents. However, the defendants

Rejected my valuable information.

The Defendants didn't interview my witnesses in a professional manner.

When the defendants were first appointed, I asked my attorneys to challenge the

Indictment against me. The Defendant's main goal was to get me to cooperate for the

Federal government so they could remain on the Federal Public Defender Panel. I am

Asking for 10 million dollars from each defense lawyer for punitive damages and a trial

By jury. I thank you in advance for any assistance that can be rendered in this request.


Yours truly,

*Kenneth Simmons*

Kenneth Simmons
DCDC 235-497
1901 D Street, SE
Washington, DC  20003

## Statement of facts

The Defendants conspire with federal prosecutors and the federal trial judge in Denying me on my federal and constitutional rights.

The defendants violated my 6th amendment right to effective assistant of counsel; By removing themselves from the defense table during trial, failing to investigate, And interview witnesses and failing to call witnesses that had valuable Information that was had chance the outcome of the trial verdict.

The defendants fail to challenge the indictment as I requested them to, when they Were first appointed my counsels.

The defendants refused to use impeachable information and material that they Received from the discovery package.

The defendants refused to address the change of theories of the government case Against me.

The defendants refused to challenge the change of theory of the government case And by doing so, denying me a fair trial. Because three and half year, the Government misled me. The government accused me of selling drugs around the 2700 block of Langston Place, Southeast, and the 1200 P streets northwest. But The government changes their theory during their open argument, accusing me of Selling drugs around 7th and H Street, Northeast area.

The defendants refused to prepare me for trial, so I could testify on my own Behalf. The defendants refused to share discovery material with me.

The defendants refused to share discovery material with me.

06 0380

FILED

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT