UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH SIMMONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0380 (ESH) |
| | ) |
| **JOSEPH E. BESHOURI,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the summonses issued herein are **QUASHED**; and it is further

**ORDERED**, *sua sponte*, that this case is **DISMISSED** for lack of subject matter jurisdiction. This is a final appealable Order.

                                    s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: March 23, 2006