RECEIVED
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0380 (ESH) |
| ) | |
| JOSEPH E. BESHOURI, et al., ) | |
| Defendants. ) | |

I, Kenneth Simmons pro se, layperson of the court is appealing the district court decision. See USCS 42 § 1985 note 44. I am asking this court to reverse it decision and remand me a trial by jury. I filed under 42 USCS § 1983 and 1985 as well as the Federal Tort Claim Act. I am asking this court to do away with the {FTCA} and accept This civil action under USCS §§ 1983 and 1985. According to 44 ALR Federal 547, liability, in federal civil rights action under 42 USCS § 1983, of private Parties who conspire with immune officials, also according to 36 ALR federal 594, Court-Appointed attorney as subjected to liability under USCS § 1983. I thank you in advance for any assistance that can be render in this reqeset.

Yours truly, 4-13-06
Kenneth Simmons
DCDC 235-497
1901 D Street, S.E.
Washington, DC 20003