RECEIVED
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR
DISTICT OF COLUMBIA

Kenneth Simmons )
)
v )
) Civil Action No. 06-0380 (ESH)
Joseph E. Beshouri et al. )
)
_____

MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the complainant pro-se Kenneth Simmons in the above-captioned cause, humbly and respectfully moves this Honorable court pursuant to this civil no. 06-0380 (ESH) for an order granding leave to file my appeal and all other motions concerning this case. Without being required to prepay cost and fees, and without giving security there of.

The attached affidavit is filed in support of this of this motion.

UNITED STATES DISTRICT COURT
FOR
DISTICT OF COLUMBIA

Kenneth Simmons        )
                       )
        v              )
                       )          Civil Action No. 06-0380 (ESH)
Joseph E. Beshouri et al.  )
                       )
_____

AFFIDAVIT IN SUPPORT OF

MOTION TO PROCEED IN FORMA PAUPERIS

I hereby certify and declare under the penalty of perjury, being duly sworn deposes and say:

1). I am a U.S. Citizen of the UNITED STATES.

2). I am unable to give security of same.

3). I am unable to pay cost of said of action.

4). I am entitled redress I seek.

5). The nature of my cause is stated.

6). I had been incarcerated since May 8, 2000.

Wherefore, these reason listed in the aforementioned petitioner requests leave to proceed in forma pauperis and be appointed an attorney in this matter.

Respectfully submitted

*Kenneth Simmons*

Kenneth Simmons
DCDC 235-497
1901 D Street, S.E.
Washington, D.C. 20003

## CERTIFY OF SERVICE

I hereby certify and declare that a true and accurate copy of the foregoing motion to proceed in forma pauperis was placed in this institution mail receptacle on this day __25__ of __MAY__, 2006 to make service to the above UNITED STATES DISTICT COURT FOR THE DISTRICT OF COLUMBIA.

Ethel J. Lee
Notary Public, District of Columbia
My Commission Expires 07-31-2006

Truly yours

*Kenneth Simmons*

Kenneth Simmons

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

Kenneth Simmons                              USCA No. 06-7062

v.

Joseph E. Beshouri, et al.                   USDC No. 06-0380 (ESH)

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, Kenneth Simmons, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)


Signature _Kenneth Simmons_
Name of *Pro Se* Litigant (PRINT) Kenneth Simmons
Address 1901 D street S.E. Washington, D.C. 20003

---

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

Kenneth Simmons

Case No. 06-0380(E.S.H)

v.

Joseph E. Beshouri, et Al.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Kenneth Simmons           Date: 5-19-2006

My issues on appeal are: Kenneth Simmons, I, pro se, layperson of the court is appealing the district decision. 42 USCA § 1985 Note 44. I am asking this court to reverse the District Court decision and remand me a trial by jury. I filed unders 42 USCS §§ 1985 and 1983 as well as the Federal Tort Claim Act. I'm asking this court to do away with the (F.T.C.A and accept this civil action under USCS §§ 1983 and 1985. According to 44 Federal ALR 547, liability, in Federal civil rights action under 42 USCS § 1983, of private parties who conspire with immune official, also according to 36 ALR federal 594, court-appointed attorney as subjected to liability under USCS § 1983.

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]           -3-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NA | $ NA | $ NA | $ NA |
| Self-employment | $ NA | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ NA | $ NA | $ NA | $ NA |
| Interest and dividends | $ NA | $ NA | $ NA | $ NA |
| Gifts | $ NA | $ NA | $ NA | $ NA |
| Alimony | $ NA | $ NA | $ NA | $ NA |
| Child support | $ NA | $ NA | $ NA | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ NA | $ NA | $ NA | $ NA |
| Disability (such as social security, insurance payments) | $ NA | $ NA | $ NA | $ NA |
| Unemployment payments | $ NA | $ NA | $ NA | $ NA |
| Public-assistance (such as welfare) | $ NA | $ NA | $ NA | $ NA |
| Other (specify): _____ | $ NA | $ NA | $ NA | $ NA |
| Total monthly income: | $ NA | $ NA | $ NA | $ NA |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | NA |
| NA | NA | NA | NA |
| NA | NA | NA | NA |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | NA |
| NA | NA | NA | NA |
| NA | NA | NA | NA |

4. How much cash do you and your spouse have? $ NA

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -4-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | NA | $ 0 | $ NA |
| NA | NA | $ 0 | $ NA |
| NA | NA | $ 0 | $ NA |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)        Other real estate (Value)      Motor vehicle # 1 ___NA___ (Value)
___NA___            ___NA___                        Make & year: ___NA___
___NA___            ___NA___                        Model: ___NA___
___NA___            ___NA___                        Registration #. ___NA___

Motor vehicle #2 ___NA___ (Value)    Other Assets (Value)    Other Assets (Value)
Make & year ___NA___                  ___NA___                ___NA___
Model ___NA___                        ___NA___                ___NA___
Registration #: ___NA___              ___NA___                ___NA___

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | NA | NA |
| NA | NA | NA |
| NA | NA | NA |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Tonya Ford | God sister | 39 |
| Kenneth Simmons III | Son | 8 |
| Chacci Gelalche | Daughter | 12 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ NA | $ NA |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [✓] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $ __NA__

If yes, state the attorney's name, address, and telephone number:
_____NA_____
_____NA_____
_____NA_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $ __NA__

If yes, state the person's name, address, and telephone number:
_____NA_____
_____NA_____
_____NA_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.
    824 12Th St N.E
    Washington DC.

Your daytime phone number: (202) 388-0956
Your age: 36    Your years of schooling: 9
Your social-security number: 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

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 06-7062

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Kenneth Simmons, #DCDC 235-497, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $255.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

*Kenneth Simmons*
SIGNATURE OF PRISONER

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

# PRISONER TRUST ACCOUNT REPORT

Name: Kenneth Simmons, DCDC# :235-497

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit
**RE:** No. 06-7062

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of May 30, 2006.

**DATE OF FILING NOTICE OF APPEAL:**     April 20, 2006

**Balance at time of filing of notice of appeal:**     42,10.17

**AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:**     13.00

**AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:**     13.00

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____

AUTHORIZED SIGNATURE: _____

TITLE: _____

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

United States Court of Appeals
For The District of Columbia Circuit

---

## PRISON LITIGATION REFORM ACT

Pursuant to the Prison Litigation Reform Act, prisoners filing appeals in Federal courts must fulfill certain requirements. The most significant restrictions relate to in forma pauperis status.

If you are appealing a decision of the district court and wish to proceed in *forma pauperis* ("IFP") in the court of appeals, you must first apply to the district court for such permission, even if you were granted IFP status for proceedings in district court. If the district court denies leave to appeal IFP, or if you are filing an original action in the court of appeals or seeking direct review of an administrative agency decision, you will need to apply to the court of appeals for leave to proceed IFP. Whether the district court has granted leave to appeal IFP or you are seeking IFP status from the court of appeals, you must submit to the court of appeals a certified copy of your trust fund account statement for the six-month period preceding the filing of the action in the court of appeals as well as a completed consent to collection of fees form.

Prisoners are required to pay the appropriate filing fee ($250 for an agency appeal, a petition for review from an agency decision, or an original action; or $255 for an appeal from the district court; after April 8, 2006, $455) even when proceeding IFP. If you are allowed to proceed IFP in the court of appeals but are unable to remit the entire fee at the outset of the action, the court will assess and, when funds exist, collect a initial partial filing fee of 20% of the greater of:

(1) the average monthly deposits to your prison account; or
(2) the average monthly balance in your prison account for the six-month period preceding the filing of the case.

Thereafter, you will be required to make monthly payments of 20% of the preceding month's income. The agency having custody of your account is required to forward payments from your account to the Clerk of the court each time the amount in your account exceeds $10.00 until the filing fee is paid. You might be required to pay the appropriate filing fee in full, even if the action is concluded prior to the collection of the entire fee.

Unless a prisoner is in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal IFP "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or failed to state a claim upon which relief may be granted." 28 U.S.C. § 1915(g).

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]